

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00232-CR

## EX PARTE COZY WASHINGTON

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2012-2357-C1A

## MEMORANDUM OPINION

Cozy Washington filed an appeal of what appeared to be a writ of habeas corpus filed simultaneously with the trial court. By letter dated August 1, 2013, the Clerk of this Court notified Washington that his appeal was subject to dismissal because it appeared the trial court had not ruled on his application for writ of habeas corpus and therefore, there was no final, appealable order to appeal. *See* TEX. R. APP. P. 44.3; 26.2. By the same letter, the Clerk warned Washington that, unless a response showing grounds for continuing the appeal was filed within 14 days of the date of the letter, the appeal would be dismissed. More than 14 days have passed, and Washington has not filed a response.

Accordingly, the appeal is dismissed.



TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 29, 2013
Do not publish
[CR25]